IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WAYNE EDWARD HANDY, #11202-078 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv240 |
| | | CRIM NO. 4:04CR00091-001 |
| UNITED STATES OF AMERICA | § | |

<u>ORDER OF DISMISSAL</u>

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (doc. #14) is **ADOPTED**. It is further

**ORDERED** that Handy's motion to vacate, set aside or correct his sentence is **DISMISSED** without prejudice for lack of jurisdiction. All motions not previously ruled on are **DENIED**.

**It is SO ORDERED**.

**SIGNED this 30th day of July, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE